No. 01–10449.　Moore v. United States.　C. A. 7th Cir.　Certiorari denied.

No. 01–10451.　Azure v. United States.　C. A. 9th Cir.　Certiorari denied.

No. 01–10453.　Partida-Ramirez, aka Ramirez-Partida v. United States.　C. A. 9th Cir.　Certiorari denied.

No. 01–10455.　Benitez v. Ellis, Warden.　C. A. 9th Cir.　Certiorari denied.

No. 01–10456.　Nunez-Rodriguez, aka Diaz v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 01–10457.　Ledezma-Lopez v. United States.　C. A. 9th Cir.　Certiorari denied.

No. 01–10458.　Diaz-Valencia v. United States.　C. A. 9th Cir.　Certiorari denied.

No. 01–10461.　Randolph v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 01–10463.　Rostan v. United States.　C. A. 11th Cir.　Certiorari denied.

No. 01–10464.　Daniels v. United States.　C. A. 5th Cir.　Certiorari denied.

No. 01–10466.　Castelan-Perez, aka Gonzalez Perez, aka Castelan Mondragon v. United States.　C. A. 5th Cir.　Certiorari denied.

No. 01–10467.　Cornog v. United States.　C. A. 11th Cir.　Certiorari denied.

No. 01–10475.　Telesco v. United States.　C. A. 2d Cir.　Certiorari denied.

No. 01–10476.　Valdez-Escobedo v. United States.　C. A. 5th Cir.　Certiorari denied.

No. 01–10477.　Zapata-Diaz, aka Rendon-Leobos v. United States.　C. A. 5th Cir.　Certiorari denied.